LANE *et al.* *v.* MAYOR AND COUNCIL OF MACON *et al.*

SIMMONS, C. J. The verdict for the defendant was demanded by the evidence, and none of the errors complained of were of such character as to have affected this. It was, therefore, not error to refuse to grant a new trial.
*Judgment affirmed. All the Justices concur.*

Argued October 12, — Decided October 30, 1903.

Action for damages. Before Judge Felton. City court of Macon. June 8, 1903.

*T. S. Felder*, for plaintiffs.    *Minter Wimberly*, for defendants.